113 A.3d 1228

### COMMONWEALTH of Pennsylvania, Petitioner

v.

### Terell HALE, Respondent.

### No. 100 EAL 2014.

Supreme Court of Pennsylvania.

July 2, 2014.

## *ORDER*

PER CURIAM.

AND NOW, this 2nd day of July, 2014, the Petition for Allowance of Appeal is GRANTED. The issue, as stated by the Commonwealth, is:

Did the Superior Court err, in a published decision, by contradicting this Court's controlling precedent holding that prior adjudications of delinquency are relevant at sentencing?